UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| TRACY DAVIS, | Case No. 23-10621 |
| Plaintiff, | F. Kay Behm |
| v. | United States District Judge |
| ROBERT WILLIS, *et al.*, | Anthony P. Patti |
| | United States Magistrate Judge |
| Defendants. | |
| _____/ | |

**OPINION AND ORDER ACCEPTING AND ADOPTING
THE MAGISTRATE JUDGE'S MAY 3, 2023
<u>REPORT AND RECOMMENDATION (ECF No. 16)</u>**

Currently before the Court is Magistrate Judge Anthony P. Patti's Report and Recommendation.  (ECF No. 16).  Magistrate Judge Patti recommends summarily dismissing 18 defendants from this matter based on Plaintiff's failure to state a claim against them.  *Id*.  The court is fully advised in the premises and has reviewed the record and the pleadings.  Neither party has filed objections.  "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter."  *Hall v. Rawal*, 2012 WL 3639070 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)).  The Court nevertheless agrees with the Magistrate Judge's recommended disposition.  Therefore, the court **ACCEPTS** and **ADOPTS** the Magistrate Judge's Report and

Recommendation (ECF No. 16) and **DISMISSES** Defendants Parks, Laning, Edenburg, Blane, Lawrence, Sosnoski, Kunze, Kelly, Weisenbach, Lautner, Diaz, Kelly, Toplyn, Franzel, Murdock, Sanford, Ameel, and Galbenski as defendants from this matter.

    **SO ORDERED**.

Date: May 31, 2023                        s/F. Kay Behm
                                           F. Kay Behm
                                           United States District Judge